IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 5:05cr36(3)/RS

VINCENTE GUERRERO-GOMEZ
a/k/a Augustine Ochoa Heredia,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 183) and Petitioner's Objections (Doc. 189). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 169) is denied.

3. The clerk is directed to close the file.

**ORDERED** on August 5, 2009.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**